IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND
FOR ORANGE COUNTY, FLORIDA

CASE NO  2011 CA 4131
#39

PATRICIA A  HENDERSON,
    Plaintiff,

v

TRANSGUARD   INSURANCE
COMPANY OF AMERICA, INC ,

    Defendant

_____/

## COMPLAINT

COMES NOW the Plaintiff, Patricia A  Henderson ("Ms  Henderson"), by and

through her undersigned attorney, sues defendant, Transguard Insurance Company of

America, Inc  ("Transgurard"), and states

1    This is an action for damages which exceed the sum of FIFTEEN

    THOUSAND ($15,000 00) DOLLARS

2    At all times relevant defendant Transguard was licensed to do business in

    Florida and writing medical and disability insurance policies in Orange

    County, Florida

3    At all times relevant, defendant Transguard had issued an insurance policy to

    Ms  Henderson which provided insurance benefits including medical and

    disability benefits   A copy of this policy is attached to this complaint is

    attached as Exhibit "A" and incorporated by reference   The policy provides

medical and disability benefits in the event that Ms Henderson had an accident while working as a long-haul truck driver for P & J Express

4     At the time the subject policy was issued to Ms Henderson she was self-employed as a long-haul truck driver

5     On or about May 22, 2010 Ms Henderson injured her neck, arms, wrists, and hands when she forcefully shut the heavy hood of her truck

6     As a result of this May 22, 2010 accident Ms Henderson has treated primarily with James K Shea, M D , a board-certified physiatrist, who has stated in his medical reports that Ms Henderson aggravated an underlying ulnar neuropathy in the May 22, 2010 accident, which now requires surgery

7     Following Ms Henderson's May 22, 2010 accident, she applied for medical and disability benefits through her policy with Transguard   Transguard, to date, denied all benefits on grounds that Ms Henderson sustained a cumulative injury rather than an accident   A copy of Transguard's January 18, 2011 denial letter, authored by Christy T Skallas is attached as Exhibit "B "

8     The subject matter of this lawsuit is not subject to the Employer Retirement Income Security Act of 1974 (ERISA) for the following reasons

     A     Ms Henderson did not purchase the Transguard policy as part of an employee benefit plan, rather it was purchased for her in her capacity as an independent contractor

2

B      Transguard has sole discretion administrating and deciding on appeal whether Ms Henderson is entitled to medical and disability benefits under the policy

C      Transguard has sole discretion in determining whether Ms Henderson was eligible for coverage

D      Transguard determined and drafted the terms of the insurance policy covering Ms Henderson

E      Transguard has no fiduciary relationship with Ms Henderson  It is financially detrimental to Transguard to pay medical or disability benefits to Ms Henderson

9      Ms Henderson has provided appropriate and timely notice of her claim with Transguard as provided by the insurance policy, and has further provided Transguard with appropriate medical documentation concerning her injuries and disabilities required by the policy

10     Ms Henderson has otherwise and in all respects complied with all conditions and requirements pursuant to the insurance policy with Transguard necessary to receive medical and disability benefits under the policy

11     Despite Ms Henderson's continuing qualification for medical and disability benefits and despite her compliance with all policy and statutory notice and claim requirements, Transguard has refused and continues to refuse to pay

3

medical and disability benefits pursuant to their insurance policy, and therefore has breached the insurance policy

WHEREFORE, plaintiff, Patricia A Henderson, respectfully requests judgment against defendant, Transguard Insurance Company of America, Inc , for benefits under the insurance policy, interests, costs and attorney's fees and requests trial by jury

DATED THIS ___ day of _____, 2011

_____
Steven M Meyers
Meyers & Stanley
1105 E Concord Street
Orlando, FL 32803
Telephone    (407) 849-0941
Facsimile    (407) 849-1860
Attorney for Plaintiff
Fla Bar No   0755869

4